June 11, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON TEXAS

JUN 18 2015

CHRISTOPHER A. PRINE
CLERK

To:   Christopher A. Prine, Clerk
      14th Court of Appeals
      301 Fannin St. Suite 245
      Houston, TX 77002

      RE:   Leonard Charles Hicks v. The State of Texas
            Docket Sheet
            COA No. 14-14-00263-CR
            Tr.Ct.No. 1373854

Dear Mr. Prine::

    I was convicted in the 262nd Judicial District Court, Harris County, Texas.
My appeal was submitted to the 14th Court of Appeals in the above-styled and numbered
cause. I need a copy of the Court's Docket Sheet reference the appeal. Please
be so kind as to forward me a copy of same.

    Thank you for your kind assistance in this matter.

                                    Sincerely,

                                    Leonard Hicks

                                    LEONARD C. HICKS  1916777
                                    Eastham Unit
                                    2665 Prison Rd. #1
                                    Lovelady, TX 75851

cc:LCH
   Hicks family